# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   PATRICIA A. RIVAS & RAMON RIVAS                          Case Number: 07-70352
6810 CHILLEMS DRIVE                          SSN-xxx-xx-2033 & xxx-xx-1791
SPRING GROVE, IL  60081

Case filed on:          2/21/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,887.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | PATRICIA A. RIVAS | 0.00 | 0.00 | 3,139.02 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,139.02 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMERICAN GENERAL FINANCE | 10,908.00 | 10,908.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCIAL SERVICES | 9,315.77 | 9,315.77 | 142.49 | 557.51 |
|  | Total Secured | 20,223.77 | 20,223.77 | 142.49 | 557.51 |
|  |  |  |  |  |  |
| 003 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AAMS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIANCE COL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMER COLL CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ARMOR SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ARMOR SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 518.13 | 518.13 | 0.00 | 0.00 |
| 010 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CRD PRT ASSO | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | H & R ACCOUNTS | 11,389.00 | 11,389.00 | 0.00 | 0.00 |
| 013 | H & R ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | H & R ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NCO FINANCIAL SYSTEMS INC | 460.00 | 460.00 | 0.00 | 0.00 |
| 019 | NCO FINANCIAL SYSTEMS INC | 399.00 | 399.00 | 0.00 | 0.00 |
| 020 | NCO FINANCIAL SYSTEMS INC | 240.00 | 240.00 | 0.00 | 0.00 |
| 021 | NCO - MEDCLR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR GAS | 534.31 | 534.31 | 0.00 | 0.00 |
| 023 | OSI COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | OSI COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ADULT & PEDIATRIC ORTHOPEDIC | 1,332.00 | 1,332.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,872.44 | 14,872.44 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 35,096.21 | 35,096.21 | 3,281.51 | 557.51 |

Total Paid Claimant:     $3,839.02
Trustee Allowance:       $47.98
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                    By  /s/Heather M. Fagan